# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | |
|---|---|---|
| V. | | |
| Lorenzo Artemio Lara | **PRINCIPAL** | |
| A208 165 303  YOB: 1982 | | |
| United States Citizen | | |

United States District Court
Southern District of Texas
**FILED**

**JUN 2 0 2015**

**Clerk of Court**

**CRIMINAL COMPLAINT**

Case Number:

**M-15-1013-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 19, 2015** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Melvin Geovanny Montecinos-Valladares, a national of El Salvador, and Manuel De Jesus Martinez-Martinez, a national of Guatemala, along with five (5) other undocumented aliens, for a total of seven (7), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is from a location near Hidalgo, Texas to the point of arrest near La Joya, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)      FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On June 19, 2015, La Joya, Texas Police Department requested assistance from the McAllen Border Patrol to identify several subjects that had been encountered at the 100 block of Expressway 83, in La Joya, Texas. Border Patrol Agent (BPA) A. Hale responded to that location and made contact with Officer A. Arreaga. Officer Arreaga stated that he had conducted a vehicle stop on a white GMC Yukon for a faulty brake light and broken driver side mirror. After the vehicle came to a complete stop the front passenger proceeded to open the door and abscond. Officer Arreaga arrived at the vehicle observed multiple subjects inside of the vehicle that appeared to be nervous.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_____
Signature of Complainant

**Frediberto Hernandez    Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**June 20, 2015**                              at  **McAllen, Texas**
Date                                                         City and State

**Dorina Ramos, U. S. Magistrate Judge**              _____
Name and Title of Judicial Officer                              Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-15- -M

RE: Lorenzo Artemio Lara  /o/3   A208 165 303

**CONTINUATION:**

BPA Arreaga questioned the seven subjects as to their citizenship and they freely admitted to being in the U.S. illegally, with no documents which would grant them legal status. The driver, Lorenzo Artemio Lara, was questioned as to his citizenship, at which time he stated that he was a United State Citizen. All subjects were subsequently placed under arrest, advised of their rights, and transported to the McAllen Border Patrol Station for processing.

**PRINCIPAL STATEMENT:**

Lorenzo Artemio Lara was read his rights on scene and at the McAllen Border Patrol station. Lara stated that he understood his rights and stated that he was not willing to provide statements without the presents of an attorney.

**MATERIAL WITNESS STATEMENTS:**

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

1. Melvin Geovanny Montecinos-Valladares, a citizen of El Salvador, stated that he had illegally crossed into the United States on June 19, 2015, at approximately 6:00a.m. Montecinos-Valladares claims that he made arrangements with an unknown smuggler in El Salvador. He stated that agreed to pay $7,000 (USD) to be smuggled to Houston, Texas. After crossing into the United States illegally, with approximately six other subjects, Montecinos-Valladares walked until the group arrived at a paved road. A white four door enclosed truck then stopped in front of the group. Upon entering the vehicle the driver told him to go all the way to the back and lay down. Montecinos-Valladares was able to positively identify Lorenzo Artemio Lara as the driver of that vehicle through a CBP photo lineup.

2. Manuel De Jesus Martinez-Martinez, a citizen of Guatemala, stated that he had illegally crossed into the United States on June 19, 2015, at approximately 5:00a.m. Martinez-Martinez claims that he made arrangements with an unknown smuggler in Mexico. He stated that agreed to pay $6,000 (USD) to be smuggled to New York, New York. After crossing into the United States illegally, with approximately six other subjects, Martinez-Martinez walked for approximately two hours. A white truck then stopped in front of the group and Martinez-Martinez was told to get in the vehicle by the foot guide. Upon entering the vehicle the driver told him to sit down and act normal. The driver additionally stated that he was going to take the group to Houston, Texas. Martinez-Martinez was able to positively identify Lorenzo Artemio Lara as the driver of that vehicle through a CBP photo lineup.